UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID ROBERT, | : | |
| | : | |
| vs. | : | C.A. NO. _____ |
| | : | |
| LANDINGS CAPITAL AND | : | Rhode Island Superior Court |
| DEVELOPMENT, LLC d/b/a | : | Case No. WC-2024-0634 |
| LANDINGS REAL ESTATE GROUP | : | |

**LANDINGS CAPITAL AND DEVELOPMENT, LLC's
NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Landings Capital and Development, LLC d/b/a Landings Real Estate Group ("Landings") hereby notices the removal of *David Robert v. Landings Capital and Development, LLC d/b/a Landings Real Estate Group*, Civil Action No. WC-2024-0634 ("Case"), from the Superior Court for the State of Rhode Island, Washington County ("Superior Court") to this United States District Court for the District of Rhode Island. The Complaint, Summons, and Affidavit of Service are attached to this Notice as **Composite Exhibit 1**.

This Case may be removed from Superior Court under 28 U.S.C. § 1446 and this Court has original jurisdiction over the Case pursuant to 28 U.S.C. § 1331 because Mr. Robert alleged a single cause of action arising under federal law; namely, the Family and Medical Leave Act. *See* Composite Ex. 1 at Complaint at ¶¶ 1, 24-33; *see also* 29 U.S.C. § 2617(a)(2). As additional good grounds, Landings states:

A. **Landings' Notice of Removal Is Timely.**

28 U.S.C. 1446(b)(1) requires that Landings' Notice of Removal be filed within thirty (30) days of receipt of the civil action, through service or otherwise. Landings first received the Case when it was served with process on February 20, 2025. *See Comp. Ex. 1*. Thirty (30) days

from February 20, 2025 is March 21, 2025. Landings' removal is timely because this Notice is being filed prior to March 21, 2025.

### B. Venue Is Proper in This Court.

Mr. Robert filed the Case in Superior Court. As a result, and because Rhode Island constitutes one federal judicial district, venue is proper in this Court because it is the "district and division embracing the place where [this] action is pending." 28 U.S.C. § 1441(a); *see* 28 U.S.C. § 120 (stating that "Rhode Island constitutes one judicial district.").

### C. Basis For Removal: This Court Has Federal Question Jurisdiction Over the Case.

Landings can remove this action under 28 U.S.C. § 1441(a) because the United States District Court has original jurisdiction over this case under 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States."

Mr. Robert's Complaint contains but a single cause of action brought under the Family and Medical Leave Act—a federal statute. By invoking federal law, Mr. Robert's Complaint asserts a federal question under 28 U.S.C. § 1331 and is therefore removable under 28 U.S.C. § 1441(a). Accordingly, the Court has jurisdiction over this matter without regard to the amount in controversy or the citizenship of the parties.

WHEREFORE, Landings respectfully requests that this Honorable Court take jurisdiction over this action and issue all necessary orders and process to remove said action from the Superior Court to the United States District Court for the District of Rhode Island. Landings will file a copy of this Notice with the Clerk of the Superior Court.

*[Signatures appear on the following page.]*

        Respectfully submitted,

        LANDINGS CAPITAL AND DEVELOPMENT,
        LLC d/b/a LANDINGS REAL ESTATE GROUP,

        By its attorneys,

        /s/ *Matthew H. Parker*
        Matthew H. Parker (#8111)
        Kevin W. Stone, Jr. (#10843)
        WHELAN CORRENTE & FLANDERS LLP
        100 Westminster Street, Suite 710
        Providence, RI 02903
        Phone: (401) 270-4500
        Fax: (401) 270-3760
        mparker@whelancorrente.com
        kstone@whelancorrente.com

Dated: March 12, 2025

## CERTIFICATE OF SERVICE

    I certify that on March 12, 2025, I filed and served this document through the Court's CM/ECF Filing System on the following counsel of record or parties:

    Robert E. Savage, Esq.
    SAVAGE & SAVAGE
    70 Romano Vineyard, Suite 130
    North Kingstown, RI 02852

        /s/ *Matthew H. Parker*

114933