UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

David Robert
Plaintiff,

v.   Case No.: 1:25–cv–00091–MRD–PAS

Landings Capital and Development, LLC
Defendant.

**CASE OPENING NOTICE – NOTICE OF REMOVAL FROM STATE COURT**

The above–captioned case has been removed pursuant to 28 U.S.C. § 1441. The above case number and caption should be used on all papers subsequently submitted to this Court. Any motion pending with the state court at the time of the removal must be refiled with this Court for consideration.

It is the responsibility of the defendant(s) to ensure that the state court record is filed with the Court. Within 14 days, the defendant(s) filing the notice of removal shall do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit the state court record pursuant to LR Cv 81. The clerk of the state court will not electronically transmit the record until the defendant(s) provide written notice to all adverse parties and file a copy of such notice with the clerk of the state court in accordance with 28 U.S.C. § 1446(d).

Pursuant to LR Gen 201(b)(3), an attorney who is a member of the bar of the Rhode Island Supreme Court, and who represents a party in a case removed pursuant to 28 U.S.C. § 1441 *et seq* other than a party joining in the removal request, may appear and practice in this Court in that case, unless that attorney has been suspended or disbarred as a member of the bar of this Court.

Attorneys who are not members of the bar of this Court but who are permitted to appear and practice in this Court pursuant to the provisions of LR Gen 201(b)(3) must request electronic filing privileges through Public Access to Court Electronic Records (PACER) prior to filing any documents electronically using the Court's CM/ECF system. Register for an Attorney Filer Account.

Counsel representing a nongovernmental corporate party must file a corporate disclosure statement with the first document filed with the Court, and properly file a supplemental statement if any required information changes. See: Fed. R. Civ. P. 7.1(a)(1). Additionally, if this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a disclosure statement that names and identifies the citizenship of all the party or parties must be filed. If the party is an LLC, the disclosure statement must name the citizenship of any member of the LLC through however many layers of members or partners there may be. See: Fed. R. Civ. P. 7.1(a)(2).

Dockets, opinions, rules forms, the court calendar and general notices can be obtained from the Court's website at www.rid.uscourts.gov. Parties should specifically review the notice(s) listed below:

<u>Notice of Electronic Availability of Case Information</u>

<u>Notice to Counsel and *Pro Se* Litigants</u>

<u>Guidance Regarding Motions to Seal in Civil Cases</u>

<u>Preventing Third−Party Services' Access to Restricted Information in CM/ECF</u>


     If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.


March 12, 2025                                              Hanorah Tyer−Witek, Clerk of Court


U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Nissheneyra Urizandi 401−752−7214